No. 262. INDIAN PROTECTIVE ASSOCIATION, APPELLANT, *v.* HUGH H. GORDON *et al.* Appeal from the Court of Appeals of the District of Columbia. Motion to affirm submitted May 13, 1912. Decided May 27, 1912. *Per. Curiam.* Decree as to Hugh H. Gordon affirmed with costs upon the opinion of the court below. 34 App. D. C. 553.[1] *Mr. Charles Poe, Mr. Benjamin S. Minor,* and *Mr. Hugh B. Rowland* for the appellant. *Mr. James B. Archer* and *Mr. John Lewis Smith* for appellee Gordon.

---

No. 870. EVAN B. ROSENKRANS, PLAINTIFF IN ERROR, *v.* THE STATE OF RHODE ISLAND. In error to the Supreme Court of the State of Rhode Island. Motion to dismiss or affirm submitted April 29, 1912. Decided June 7, 1912. *Per Curiam.* Judgment affirmed with costs. *Collins* v. *Texas,* 223 U. S. 288. *Mr. Amasa M. Eaton* for the plaintiff in error. *Mr. Percy W. Gardner* and *Mr. Alexander L. Churchill* for the defendant in error.

---

No. 841. ARTHUR HIRSH ET AL., APPELLANTS, *v.* J. W. TAYLOR ET AL., ETC. Appeal from the Circuit Court of the United States for the Southern District of West Virginia. Submitted May 27, 1912. Decided June 10, 1912. *Per Curiam.* Dismissed for the want of jurisdiction. *Fore River Ship Building Co.* v. *Haag,* 219 U. S. 175; *Louisville Trust Co.* v. *Knott,* 191 U. S. 225; *Bache* v. *Hunt,* 193 U. S. 523. Cause remanded to the District Court of the United States for the Southern District of West Virginia. *Mr. John H. Holt* for the appellants. *Mr. C. W. Campbell* and *Mr. Douglas W. Brown* for the appellees.

---

[1] See 218 U. S. 667, for decision as to appellee Miller.